**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 329 MAL 2017 |
| Respondent | : Cross-Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
| v. | : |
| KATHLEEN E. BRADDOCK, | : |
| Cross Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 20th day of November, 2017, the Commonwealth's Petition for Allowance of Appeal is **DENIED**.